1  Derek A. Newman, State Bar No. 190467
   *dn@newmanlaw.com*
2  Derek Linke, State Bar No. 302724
   *linke@newmanlaw.com*
3  NEWMAN DU WORS LLP
4  505 Montgomery St, 11th Floor
   San Francisco, CA 94111
5  Phone: (415) 944-5422
   Facsimile: (415) 944-5423
6
7  Counsel for Defendants
   MindOnly Pty Ltd and
8  Jock Gordon

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. BROWN, Ph.D.,<br><br>   Plaintiff,<br><br>vs.<br><br>JOCK GORDON, MINDONLY PTY LTD, an Australian proprietary limited company, and DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No. 3:21-cv-8098<br><br>**NOTICE OF REMOVAL OF ACTION BY DEFENDANTS MINDONLY PTY LTD AND JOCK GORDON**<br><br>Complaint filed in San Francisco County Superior Court on August 11, 2021<br>(Case No. CGC-21-594406) |

**To:** United States District Court for the Northern District of California

**And to:** Plaintiff Daniel P. Brown and his counsel of record

PLEASE TAKE NOTICE that, under 28 U.S.C. §§ 1332(a)(2) and 1441, Defendants MindOnly Pty Ltd and Jock Gordon hereby remove this civil action from the Superior Court of California for the County of San Francisco, where it is currently pending as Case No. CGC-21-594406, to the United States District Court for the Northern District of California, San Francisco Division, and states as follows:

1
NOTICE OF REMOVAL OF ACTION BY DEFENDANTS MINDONLY PTY LTD AND JOCK GORDON

1. Plaintiff Daniel Brown purports to be a resident of the State of California.

2. Defendant MindOnly Pty Ltd is an Australian Proprietary Limited Company, organized under the laws of Australia, with its principal place of business in Adelaide, Australia.

3. Defendant Jock Gordon is a citizen of Australia currently residing in Portugal.

4. On August 11, 2021, Plaintiff filed a Complaint in the Superior Court for the State of California in and for San Francisco, currently pending as Case No. CGC-21-594406. This Complaint brings suit under California law for, *inter alia*, conversion, elder abuse, fraud, and for declaratory and injunctive relief, relating to a 2019 contract between the parties and a 2021 settlement agreement between the parties.

5. Both the 2019 and 2021 Agreements at issue in this matter contain mandatory arbitration clauses.

6. The Complaint in this matter seeks actual and compensatory damages of not less than $4,000,000.00.

7. On September 23, 2021, Plaintiff delivered a copy of this Complaint on Defendants' accountant, who emailed the Complaint the following day to the Defendants' counsel.

8. Defendants do not concede that service of process has been perfected or that this Court has personal jurisdiction over them.

9. Defendants seek removal of this action to this Court under 28 U.S.C. § 1441 on the ground that, under 28 U.S.C. § 1332(a)(2), complete diversity exists between all parties and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

10. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b)(1) as it is filed within 30 days of Defendants' receipt of the Complaint.

11. A true and correct copy of all process, pleadings, and orders received by Defendants is attached hereto as Exhibit A.

12. No prior application for this relief has been made.

13. Pursuant to 28 U.S.C. § 1446(d), Defendants will promptly give written notice of this Notice of Removal to Plaintiff's counsel of record and will file a copy of this Notice of Removal with the clerk of the state court in which the California Superior Court action is pending.

WHEREFORE, Defendants request that this civil action be removed from the Superior Court of California for the County of San Francisco, where it is currently pending as Case No. CGC-21-594406, to the United States District Court for the Northern District of California, San Francisco Division.

Dated: October 15, 2021                    Respectfully submitted,

                                           NEWMAN DU WORS LLP

                                           /s/ Derek Linke
                                           Derek A. Newman, State Bar No. 190467
                                           *dn@newmanlaw.com*
                                           Derek Linke, State Bar No. 302724
                                           *linke@newmanlaw.com*

                                           Counsel for Defendants
                                           MindOnly Pty Ltd and Jock Gordon

3
NOTICE OF REMOVAL OF ACTION BY DEFENDANTS MINDONLY PTY LTD AND JOCK GORDON