1   WILLIAM J. ROGERS, SBN: 154219
    P. O. Box 2684
2   Petaluma, CA 94953
    Tel.: 707/338-6792
3   Email: willrogersesq@gmail.com

4   RICHARD M. GLANTZ, SBN: 50060
    101 Lucas Valley Road, Suite 234
5   San Rafael, CA 94903-1791
    Tel.: 415/492-3414
6   Email: richard@rglantzlaw.com

7   Attorneys for DANIEL P. BROWN, Plaintiff

8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12

13   DANIEL P. BROWN, Ph.D.,              )   Case No.: 3:21-cv-008098-LB
                                          )
14            Plaintiff,                   )
                                          )
15   vs.                                  )   MOTION FOR SUBSTITUTION OF
                                          )   PARTY UNDER RULE 25(a)(1)
16   JOCK GORDON, MINDONLY PTY LTD,        )
17   an Australian proprietary limited company, )
     and DOES 1 through 100, inclusive,   )
18                                        )
              Defendants.                  )
19                                        )
                                          )
20   _____ /   _____

21   TO THE CLERK OF THE HON. LAUREL BEELER, MAGISTRATE JUDGE, AND ALL

22   PARTIES AND THEIR ATTORNEYS OF RECORD:

23          Counsel for plaintiff in the above-referenced action gives notice of motion, and hereby

24   moves this court, for an order substituting in as plaintiff in the above-referenced matter,

25   Gretchen Nelson, trustee of the Daniel P. Brown 2021 Living Trust.

26          This motion is made under Rule 25(a)(1) of the Federal Rules of Civil Procedure on the

27   grounds that Plaintiff Daniel P. Brown died on April 4, 2022, that plaintiff's claims as alleged in

28   this pending lawsuit were not extinguished upon his death, and that Gretchen Nelson is the sole

successor trustee under the Daniel P. Brown 2021 Living Trust dated February 14, 2021, and the sole successor in interest to the estate of Daniel P. Brown.  Further, settlement of this lawsuit is believed to be imminent and a new party must be substituted in before a stipulation for dismissal is filed.  (See Fed. R. Civ. P. 41(a)(1)(A)(ii).)

This motion is based on this pleading, all pleadings filed in this matter on behalf of plaintiff, and all prior orders made in this case

Dated:  July 12, 2022

_____
WILLIAM J. ROGERS, ESQ.
Attorney for Plaintiff
DANIEL P. BROWN, Ph.D., and the Party to be
Substituted in as Plaintiff, GRETCHEN NELSON, Trustee

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above-stated Motion for Substitution of Party under Rule 25(a)(1) was served on all parties of record by means of electronic filing via the ECF system.

Dated:  July 12, 2022

_____
WILLIAM J. ROGERS, ESQ.
Attorney for Plaintiff
DANIEL P. BROWN, Ph.D., and the Party to be
Substituted in as Plaintiff, GRETCHEN NELSON, Trustee

