JAEMIN CHANG (SBN 232612)
Attorney at Law
582 Market Street, Suite 912
San Francisco, California 94104
Telephone: (323) 798-9686
Email: jc@jaeminlegal.com

Attorney for Plaintiff
GRETCHEN NELSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GRETCHEN NELSON, as trustee of the Daniel P. Brown 2021 Living Trust, <br><br> Plaintiff, <br><br> v. <br><br> JOCK GORDON, MINDONLY PTY LTD, an Australian proprietary limited company, and DOES 1 through 100, inclusive, <br><br> Defendants, | Case No.: 3:21-cv-008098-LB <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL WITH PREJUDICE** |

Plaintiff Gretchen Nelson, as trustee of the Daniel P. Brown 2021 Living Trust, and Defendants Jock Gordon, an individual, and MindOnly PTY LTD, an Australian proprietary limited company, by and through their respective counsel, hereby stipulate and request as follows:

1. Pursuant to the settlement agreement entered by the parties on January 18, 2023, that the above captioned action be dismissed in its entirety with prejudice.

2. The Court retain jurisdiction over the parties until March 19, 2023 (60 days from January 18, 2023) for the purposes of enforcing the terms of the settlement agreement.

Respectfully submitted,

Dated: February 6, 2023          Law Office of Jaemin Chang

                                              */s/ Jaemin Chang*
                                       Jaemin Chang, State Bar No. 232612
                                       jc@jaeminlegal.com

                                       Attorney for Plaintiff Gretchen Nelson, as Trustee of the Daniel P. Brown 2021 Living Trust

Dated: February 6, 2023          GREENBERG & LIEBERMAN, LLC

                                              */s/ Stevan Lieberman*
                                       Stevan Lieberman, *admitted pro hac vice*
                                       Greenberg & Lieberman, LLC
                                       stevan@aplegal.com

                                       NEWMAN DU WORS LLP
                                       Derek A. Newman, State Bar No. 190467
                                       dn@newmanlaw.com
                                       Derek Linke, State Bar No. 302724
                                       linke@newmanlaw.com

                                       Attorneys for Defendants Jock Gordon and MindOnly Pty Ltd

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated this  7th  day of February, 2023.

                                             Hon. Laurel Beeler
                                         United States Magistrate Judge

**ATTESTATION AS TO CONCURRENCE**

I, Jaemin Chang, under penalty of perjury of the laws of the United State of America, attest that concurrence in the filing of this document has been obtained from each of the signatories to this document.

Dated: February 6, 2023                     /s/   Jaemin Chang
                                            Jaemin Chang, Esq.

**CERTIFICATE OF SERVICE**

I, Jaemin Chang, certify that the above STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE was served on all parties of record by means of electronic filing via the ECF system and separately via email on February 6, 2023.

Dated: February 6, 2023                     /s/   Jaemin Chang
                                            Jaemin Chang, Esq.